FILED'11 AUG 26 10:50USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FELICITY GROW,

        Plaintiff,        Civ. No. 11-3098-CL

**TEMPORARY RESTRAINING ORDER**

v.

BAC HOME LOANS SERVICING LP
and RECONTRUST COMPANY, N.A.,

        Defendants.

**PANNER, J.**

    Due to scheduling issues surrounding the show cause hearing, the temporary restraining order is extended. Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 360 Blackberry Court, Talent, Oregon, from this day until Thursday, September 22, 2011, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on September 22,

1 - ORDER

2011, in the Mark O. Hatfield Courthouse in Portland.

IT IS SO ORDERED.

DATED this _26_ day of August, 2011.  /0:00 a.m.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2  -  ORDER